## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sheila Finnegan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9263 | **DATE** | 5/7/2013 |
| **CASE TITLE** | Jason London vs. Enrollment Rx, LLC | | |

**DOCKET ENTRY TEXT**

Telephonic status hearing held on 5/7/2013. Parties inform the Court that they have executed the settlement agreement and request that the case be dismissed without prejudice pursuant to their settlement agreement. This case is dismissed without prejudice with leave to reinstate on or before 2/15/2016 solely for the purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before 2/15/2016, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. All pending motions [4], [18], [20] & [22] are terminated as moot. Civil case terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | IS |
|---|---|---|